UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHIBUEZE C. ANAEME, )
 )  Case No.: 2:12-cv-01182-GMN-VCF
         Plaintiff, )
vs. )  **ORDER ACCEPTING REPORT &**
 )  **RECOMMENDATION OF MAGISTRATE**
UNITED STATES OF AMERICA, *et al.,* )  **JUDGE FERENBACH**
 )
         Defendants. )
 )

    Before the Court for consideration is the Report and Recommendation (ECF No. 7) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 13, 2012.  No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED**.

    **IT IS THEREFORE ORDERED** that the Clerk of Court shall file the complaint (#1-1).

    **IT IS FURTHER ORDERED** that the complaint is dismissed.

    **IT IS FURTHER ORDERED** that plaintiff Chibueze C. Anaeme is deemed a vexatious litigant pursuant to 28 U.S.C. § 1651(a).

    **IT IS FURTHER ORDERED** that if plaintiff Chibueze C. Anaeme intends to file any papers with the Court he must first seek leave of the Chief Judge of this court.

    **DATED** this 4th day of December, 2012.

_____
Gloria M. Navarro
United States District Judge